IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01580-BNB

GERALD ZACHARY HAMMOND,

    Applicant,

v.

BILL LOVINGER, Colo. Atty. Gen., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
               CLERK

## ORDER DISMISSING CASE

On October 15, 2007, Applicant Gerald Zachary Hammond filed a "Motion to Dismiss Applicants [sic] Application for Writ of Habeas Corpus." In the Motion, Applicant asks that the Court dismiss the instant action because he has not exhausted his state court remedies as required under 28 U.S.C. § 2244(d). Accordingly, the Court will construe the Motion as a Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1) and dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the Applicant without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondents in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); **Hyde Constr. Co. v.**

*Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of October 15, 2007. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Motion to Dismiss Applicant's Application for Writ of Habeas Corpus is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of October 15, 2007, the date Applicant filed the Notice in the action.

DATED at Denver, Colorado, this 29 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01580-BNB

Gerald Z. Hammond
Williams Street Center
1776 Williams St.
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk